# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELDON P. ANDERSON,
          Appellant,
vs.
MONIQUE A. MCNEILL; AND LAW
OFFICE OF MONIQUE A. MCNEILL,
          Respondents.

No. 78896

**FILED**

JUN 2 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court decision denying an application for a default judgment. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Review of the notice of appeal and documents before this court reveals jurisdictional defects. It does not appear that the district court has entered a written order denying the application for a default judgment; the district court's oral order is of no effect and cannot be appealed. *See State, Div. Child & Fam. Services v. Eighth Judicial Dist. Court,* 120 Nev. 445,454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective."). Moreover, an order denying an application for a default judgment is not substantively appealable. *See Brown v. MHC Stagecoach, LLC,* 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only

19-27092

consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc:    Hon. James Crockett, District Judge
       Eldon P. Anderson
       Jonathan E. MacArthur, P.C.
       Eighth District Court Clerk